# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANTE K. TUCKER,

      Appellant,

v.

Case No. 5D22-588
LT Case No. 05-1993-CF-019724-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 12, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Dante K. Tucker, Miami, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, TRAVER and WOZNIAK, JJ., concur.